\*\*E-filed 4/13/2011\*\*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| BAY AREA SURGICAL GROUP, INC., | Case Number 5:11-CV-00277 JF (PSG) |
| Plaintiff, | **ORDER[1] GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND** |
| v. | |
| ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, INC., | [Re: Docket No. 6] |
| Defendant. | |

Plaintiff Bay Area Surgical Group, Inc. brings the instant action against Defendant Anthem Blue Cross Life and Health Insurance Company, Inc. for breach of contract and breach of the implied covenant of good faith and fair dealing. Defendant moves to dismiss the complaint for failure to state a claim upon which relief may be granted. The Court concludes that the motion is appropriate for determination without oral argument and will vacate the hearing scheduled for April 15, 2011. *See* Civ. L. R. 7-1(b).

Plaintiff's opposition papers were due at least twenty-one days before the noticed hearing

---

[1] This disposition is not designated for publication in the official reports.

1  date of April 15, 2011, or no later than March 25, 2011. *See* Civ. L. R. 7-3(a). As of the date of
2  this order, Plaintiff has not filed opposition papers. Because the instant motion appears well-
3  taken and is unopposed, the motion will be granted, with leave to amend.

## ORDER

For good cause shown:

(1) the motion to dismiss is GRANTED, with leave to amend;

(2) the motion to strike portions of Plaintiff's Complaint is DENIED as moot;

(3) any amended pleading shall be filed within twenty (20) days of the date this order is filed;

(4) the hearing date of April 15, 2011 is VACATED.

**IT IS SO ORDERED**

DATED:   April 12, 2011

_____
JEREMY FOGEL
United States District Judge

2
Case No. 5:11-CV-00277 JF (PSG)
ORDER GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND
(JFEX1)